IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
CENTRAL DIVISION

Civil No. 3:07-cv-03001

| | | |
|---|---|---|
| Darrel L. Burke, | ) | |
| | ) | |
| Plaintiff, | ) | **DEFENDANT'S MOTION TO DISMISS** |
| | ) | **FOR LACK OF JURISDICTION OR** |
| vs. | ) | **IMPROPER VENUE, OR IN THE** |
| | ) | **ALTERNATIVE, FOR TRANSFER OF** |
| Roughrider, Inc., doing business as | ) | **VENUE** |
| Roughrider Harley-Davidson | ) | |
| | ) | |
| Defendant. | ) | |

***          ***          ***

Pursuant to 28 U.S.C. § 1391 and 28 U.S.C. § 1406 and Rule 12(b) of the Federal Rules of Civil Procedure, defendant Roughrider, Inc. hereby makes this motion to dismiss for lack of personal jurisdiction and improper venue.  In the alternative, Roughrider, Inc. requests venue of this case be transferred to the United States District Court for the District of North Dakota, Southwestern Division.  The basis for this motion is Roughrider, Inc. is not subject to personal

///

///

///

1

jurisdiction in South Dakota.  This motion is supported by the attached brief and all of the materials thus far contained in the record.

Dated this 26th day of January, 2007.

SMITH BAKKE PORSBORG SCHWEIGERT

By    _s/Scott K. Porsborg_
        Scott K. Porsborg (SD State ID No. 1386)
        116 North Second Street
        P.O. Box 460
        Bismarck, ND 58502-0460
        (701) 258-0630

        Attorneys for Defendant
        Roughrider, Inc., doing business as
        Roughrider Harley Davidson

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 26, 2007, a true and correct copy of the foregoing **DEFENDANT'S MOTION TO DISMISS FOR LACK OF JURISDICTION OR IMPROPER VENUE, OR IN THE ALTERNATIVE, FOR TRANSFER OF VENUE** was filed electronically with the Clerk of Court through ECF, and that ECF will send a Notice of Electronic Filing (NEF) to the following:

ATTORNEYS FOR PLAINTIFF, DARREL L. BURKE:

John W. Burke
Thomas Nooney Braun Solay & Bernard, LLP
P.O. Box 8108
Rapid City, SD 57709-8108
jwburke@mtnlaw.com

By:   _s/ Scott K. Porsborg_
        SCOTT K. PORSBORG

Motion-Dismiss-Jx